IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00465-GPG

GABRIEL RODRIGUEZ-AGUIRRE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED April 9, 2015, at Denver, Colorado.

                        BY THE COURT:

                        S/ Gordon P. Gallagher

                        United States Magistrate Judge